DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLAUDE KASSIM,**
Appellant,

v.

**MTLGQ INVESTORS,**
Appellee.

No. 4D21-594

[August 5, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE14007999.

Claude Kassim, Sunrise, pro se.

Charles P. Gufford of McCalla, Raymer, Leibert Pierce, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***